United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE SALDIVAR GAMBOA and IRMA M. SALDIVAR,<br><br>    Plaintiffs,<br><br>  v.<br><br>TRUSTEE CORPS and CENTRAL MORTGAGE LOAN SERVICING COMPANY, and Does 1-50, inclusive,<br><br>    Defendants. | Case No. 09-0007 SC<br><br>ORDER DISMISSING CASE |

On March 12, 2009, the Court granted the motion to dismiss filed by Defendant MTC Financial Inc., dba Trustee Corps, a California Corporation ("Trustee Corps"). See Docket No. 10 ("Order"). The Court dismissed all of the claims against Trustee Corps and Central Mortgage Company ("Central"). See Order at 12-13. The dismissal was without prejudice, and the Court gave Plaintiffs thirty (30) days to amend their Complaint to allege facts that would support a claim or claims against Trustee Corps and Central. See id.

///

///

///

///

That deadline has now passed, and Plaintiffs have not amended their Complaint.  The case against Trustee Corps and Central is therefore DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated: April 16, 2009

                                           UNITED STATES DISTRICT JUDGE